IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH BALDRIDGE,              )<br>                                                     )<br>            Plaintiff,              )<br>                                                     )<br>    v.                                            )<br>                                                     )<br>PAWNEE COUNTY, NEBRASKA, DON   )<br>LUEDDERS, GORDON CLEMENT,       )<br>FERDINAND FRIEDLY, and ROBERT  )<br>HICKEY,                                        )<br>                                                     )<br>            Defendants.              )<br>                                                     ) | 4:01CV3309<br><br><br>ORDER |

The Clerk's Office has requested that Document Number 112 be stricken from the record for the following reason(s):

- Incomplete PDF document attached (Exhibits A, B, and C not included).

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 112 from the record. The party is directed to re-file the document with exhibits.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge